TRINETTE G. KENT (State Bar No. 222020)
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Oscar Willhelm Nilsson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Willhelm Nilsson,<br><br>          Plaintiff,<br><br>    vs.<br><br>General Motors LLC,<br><br>          Defendant. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>**1.  NEGLIGENCE**<br><br>**JURY TRIAL DEMANDED** |

This is a personal injury complaint by a motorcyclist injured by a self-driving vehicle.  The Plaintiff, Oscar Willhelm Nilsson, by undersigned counsel, states as follows:

## JURISDICTION

1. This Court has jurisdiction over this matter under 28 U.S.C. § 1332 in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

2. Personal jurisdiction and venue are proper in this District pursuant to 28 U.S.C. § 1391(b) in that Defendant transacts business here and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

3. The Plaintiff, Oscar Willhelm Nilsson (hereafter "Mr. Nilsson"), is an adult individual residing at San Francisco, California.

4. Defendant, General Motors LLC (hereafter the "Manufacturer," and/or "Defendant"), is a business entity with a principal place of business at 300 Renaissance Center, Detroit, Michigan 48232. The Manufacturer is in the business of marketing, supplying, and selling motor vehicles in this District.

## ALLEGATIONS OF FACT

5. On the morning of December 7, 2017, Mr. Nilsson was proceeding east on the middle lane of Oak Street on his motorcycle in the city of San Francisco, California.

6. At the same time and place, Mr. Manuel DeJesus Salazar (hereinafter "Mr. Salazar") was in the driver's seat of a 2016 Chevrolet Bolt vehicle, manufactured by Defendant General Motors LLC (hereinafter "Self-Driving Vehicle").

7. At the same time and place, Mr. Salazar had the Self-Driving Vehicle engaged in a self-driving mode, and he kept his hands off of the Self-Driving Vehicle's steering wheel.

8. At the same time and place, there came a point when Mr. Nilsson was riding his motorcycle behind the Self-Driving Vehicle.

9. As Mr. Nilsson was riding his motorcycle, Mr. Salazar, travelling directly in front of Mr. Nilsson, commanded the Self-Driving Vehicle to change lanes to the left.

10. Once the Self-Driving Vehicle cleared the roadway, Mr. Nilsson proceeded to travel straight.

11. However, at the same time, the Self-Driving Vehicle suddenly veered back into Mr. Nilsson's lane, striking Mr. Nilsson and knocking him to the ground.

12. As a result of the crash, Mr. Nilsson suffered injuries to his neck and shoulder and will require lengthy treatment.

13. As a result of the crash, Mr. Nilsson was forced to take disability leave from his work.

## COUNT I
## NEGLIGENCE

14. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. Defendant owed Plaintiff a duty of care in having its Self-Driving Vehicle operate in a manner in which it obeys the traffic laws and regulations.

16. Defendant breached that duty in that its Self-Driving Vehicle drove in such a negligent manner that it veered into an adjacent lane of traffic without regard for a passing motorist, striking Mr. Nilsson and knocking him to the ground.

17. As a result of such negligent driving, Mr. Nilsson sustained serious injuries of body and mind and incurred expenses for medical care and attendance, all to the great detriment of Mr. Nilsson for past, present, and future damages.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff prays that judgment be entered against the Defendant as follows:

A. Enter judgment for the Plaintiff and against the Defendant on Count One of the Complaint;

B. Award damages to the Plaintiff;

C. Award costs and attorneys' fees to the Plaintiff;

D. Award punitive damages; and

E. Award other relief that the Court deems just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

| | | |
|---|---|---|
| 1 | DATED: January 22, 2018 | TRINETTE G. KENT |
| 2 | | |
| 3 | | By: */s/  Trinette G. Kent* |
| 4 | | Trinette G. Kent, Esq. |
| 5 | | Lemberg Law, LLC<br>Attorney for Plaintiff |