Spencer P. Hugret (CA Bar No. 240424)
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  415.986.5900
Facsimile:  415.986.8054
E-mail:    shugret@grsm.com

Darin J. Lang (CO Bar 32343) (*Pro Hac Vice Pending*)
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO  80202
Telephone:  303.583.9900
Facsimile:  303.583.9999
E-Mail:    darin.lang@nelsonmullins.com

Attorneys for Defendant General Motors LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR WILLHELM NILSSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>　　　　Defendant. | Case No. 4:18-cv-00471-JSW<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW Defendant, GENERAL MOTORS LLC, by and through its counsel, Gordon Rees Scully Mansukhani, LLP, and Nelson Mullins Riley & Scarborough LLP, and Plaintiff, OSCAR WILLHELM NILSSON, by and through his counsel, Lemberg Law, LLC, and advise this Court that this matter has settled. The parties anticipate finalizing all details and filing a joint stipulation for dismissal with prejudice within thirty (30) days, or before June 29, 2018.

IT IS SO STIPULATED.

DATED: May 30, 2018

By: /s/ Spencer P. Hugret
Spencer P. Hugret (CA Bar No. 240424)
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:         415.986.5900
Facsimile:  415.986.8054
E-mail:  shugret@grsm.com

Darin J. Lang (*Pro Hac Vice Pending*)
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO  80202
Telephone: 303.583.9900
Facsimile:  303.583.9999
E-Mail:  darin.lang@nelsonmullins.com

*Attorneys for Defendant GENERAL MOTORS LLC*

By: /s/ Trinette G. Kent
Trinette G. Kent (CA Bar No.  222020)
Lemberg Law, LLC
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 480.247.9644
Facsimile: 480.717.4781
E-mail:   tkent@lemberglaw.com

*Attorneys for Plaintiff OSCAR W. NILSSON*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on May 30, 2018, I electronically filed **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Spencer P. Hugret*
Spencer P. Hugret