Spencer P. Hugret (CA Bar No. 240424)
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  415.986.5900
Facsimile:   415.986.8054
E-mail:       shugret@grsm.com

Darin J. Lang (CO Bar 32343) (*admitted Pro Hac Vice*)
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO  80202
Telephone:  303.583.9900
Facsimile:   303.583.9999
E-Mail:       darin.lang@nelsonmullins.com

Attorneys for Defendant General Motors LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR WILLHELM NILSSON,<br><br>            Plaintiff(s),<br><br>     v.<br><br>GENERAL MOTORS LLC,<br><br>            Defendant(s). | Case No.: 4:18-cv-00471-JSW<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Confidential Settlement Agreement between the Parties, Plaintiff, OSCAR WILLHELM NILSSON ("Plaintiff") and Defendant GENERAL MOTORS LLC ("Defendant") ("Collectively referred to as the "Parties") by and through their respective undersigned attorneys, hereby submit the following Stipulation for Dismissal with Prejudice.

1. The Defendant does not admit any liability as to the claims and causes of action asserted against Defendant.

2. Each side shall bear its own attorneys' fees and costs.

3. The court shall retain jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement.

WHEREFORE, the parties hereby request this Honorable Court to enter an order dismissing the above matter with prejudice, including all claims and causes of action and for such other and further relief as the Court may deem appropriate. **IT IS SO STIPULATED.**

DATED: June 25, 2018

| Lemberg Law, LLC | Gordon Rees Scully Mansukhani, LLP |
|---|---|
| /s/ Trinette G. Kent | /s/ Spencer P. Hugret |
| Trinette G. Kent (CA Bar No. 222020) | Spencer P. Hugret (CA Bar No. 240424) |
| Four Embarcadero Center, Suite 1400 | 275 Battery Street, Suite 2000 |
| San Francisco, CA 94111 | San Francisco, CA 94111 |
| Telephone: 480.247.9644 | Telephone: 415.986.5900 |
| Facsimile: 480.717.4781 | Facsimile: 415.986.8054 |
| E-mail: tkent@lemberglaw.com | E-mail: shugret@grsm.com |
| | |
| Attorneys for Plaintiff | Darin J. Lang (*Pro Hac Vice Pending*) |
| | Nelson Mullins Riley & Scarborough LLP |
| | 1400 Wewatta Street, Suite 500 |
| | Denver, CO 80202 |
| | Telephone: 303.583.9900 |
| | Facsimile: 303.583.9999 |
| | E-Mail: darin.lang@nelsonmullins.com |
| | |
| | Attorneys for Defendant |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 26, 2018         _____
                             The Honorable Jeffrey S. White
                             United States District Court Judge